IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TRACEY H.J.,**

    **Plaintiff,**

v.                                                 **Civil Action No. 3:20cv564**

**KILOLO KIJAKAZI,**
*Acting Commissioner of Social Security,*

    **Defendant.**

## FINAL ORDER

This matter comes before the Court on the December 1, 2021 Report and Recommendation issued by the Honorable Mark R. Colombell, United States Magistrate Judge (the "R&R"). (ECF No. 34). The R&R recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted because the Administrative Law Judge ("ALJ"): (1) properly assessed Plaintiff's residual functional capacity by considering the totality of the evidence; (2) properly considered Plaintiff's subjective complaints of pain; and, (3) properly assessed Dr. Higg's treatment records. Plaintiff has not filed objections to the R&R, and the time to do so has expired. (*See* R&R 26 (providing Plaintiff fourteen days to file objections).)

    Finding no error, the Court:

    (1)    ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 34);

    (2)    DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 27);

    (3)    GRANTS Defendant's Motion for Summary Judgment, (ECF No. 28);

    (4)    AFFIRMS the decision of the Commissioner; and,

    (5)    DIRECTS the Clerk to CLOSE this case.

Let the Clerk send a copy of this Order to Plaintiff.

It is so ORDERED.

Date: 12-16-21
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge